```
1  MARK W. HOSTETTER (CA Bar No. 223264)
   LAW OFFICE OF MARK W. HOSTETTER
2  181 Devine Street
   San Jose, CA 95110
3  Telephone: (408) 375-8545
   Facsimile:  (408) 287-9901
4  mwhlegal@gmail.com

5  Attorney for Plaintiff
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| WILLIAM TIMOTHY EDWARDS, | Case Number: CV 11-02421-EJD |
|---|---|
| Plaintiff, | Assigned to: Hon. Edward J. Davila |
| vs. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and DOES 1 to 20 | STIPULATION OF DISMISSAL |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own costs and fees.

The Clerk shall close this file.

Dated: July __, 2011

_William Timothy Edwards_    _Mark W. Hostetter_
                              Attorney for Plaintiff

Dated: July __, 2011

Emily Sudermann for First Penn-    Douglas Scullion
Pacific Life Insurance Company     Attorney for Defendant
erroneously sued as The Lincoln
National Life Insurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 4, 2011    _____
                         United States District Judge

---

STIPULATION OF DISMISSAL                    Case No. CV 11-02421-PSG